# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF REINSTATEMENT OF RANDOLPH H. GOLDBERG, BAR NO. 5970.

No. 76355

**FILED**

DEC 28 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

## *ORDER OF REINSTATEMENT*

This is an automatic review of a Southern Nevada Disciplinary Board hearing panel's recommendation to grant suspended attorney Randolph H. Goldberg's petition for reinstatement.[1] Goldberg was suspended from the practice of law for four years and nine months starting on April 25, 2013. He was also required to complete 12 CLE credits in office management and 3 additional CLE credits in ethics, pay a $5,000 fine, pay the costs of the disciplinary proceeding, and, upon reinstatement, have a mentor with a least 10 years of general practice experience for two years. Goldberg's suspension term has expired and the panel has recommended he be reinstated to the practice of law in Nevada subject to certain conditions.

Based on our de novo review, we agree with the panel's conclusion that Goldberg has satisfied his burden in seeking reinstatement by clear and convincing evidence. *See* SCR 116(2); *Application of Wright*, 75 Nev. 111, 112-13, 335 P.3d 609, 610 (1959) (reviewing a petition for reinstatement de novo). We therefore approve the panel's recommendation that the petition be granted and Goldberg be reinstated subject to certain conditions.

Accordingly, Randolph H. Goldberg is hereby reinstated to the practice of law in Nevada on the following conditions: Goldberg shall (1)

---

[1]Pursuant to NRAP 34(f)(1), we have determined that oral argument is not warranted in this matter.

18-910832

complete 20 hours of pro bono service monthly for five years; (2) provide quarterly reports to the State Bar; (3) continue counseling by either seeing a stress management counselor or a psychotherapist once per month for two years, with the treating professional providing quarterly reports to the State Bar; (4) have a mentor with at least 10 years' experience in general practice, who is not also his business partner, for two years; and (5) pay the costs of the reinstatement proceeding, including $2,500 under SCR 120, within 30 days of this order.

It is so ORDERED.

_____, J.
Cherry

_____, J.
Gibbons

_____, J.
Pickering

_____, J.
Hardesty

_____ J.
Parraguirre

_____, J.
Stiglich

DOUGLAS, C.J., dissenting:

I dissent at this time.

_____, C.J.
Douglas

cc:    Chair, Southern Nevada Disciplinary Board
       Lipson Neilson P.C.
       Bar Counsel, State Bar of Nevada
       Executive Director, State Bar of Nevada
       Perry Thompson, Admissions Office, U.S. Supreme Court

